1

2

3

4

5

6

Hon. Magistrate Mary Alice Theiler

7

8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

9

THOMAS E. PEREZ, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR,

10

                   Plaintiff,

11

       v.

12

TUBRO CONSTRUCTION, INC., a Washington corporation, and RICHARD TIETJEN, an individual,

13

14

                 Defendants.

15

16

) Case No. 2:15-cv-1975-~~JLR~~ *MAT*
)
)
)
)
)
)
) **CONSENT JUDGMENT**
)
)
)
)
)
)
)
)

17

18

      Plaintiff, THOMAS E. PEREZ, Secretary of Labor, United States Department of Labor

19

("Plaintiff" or the "Secretary"), and Defendants TUBRO CONSTRUCTION, INC. and RICHARD

20

TIETJEN (collectively, "Defendants") have agreed to resolve the matters in controversy in this civil

21

action and consent to the entry of this consent judgment ("Consent Judgment" or "Judgment") in

22

accordance herewith:

23

      A.     The Secretary has filed a Complaint alleging that Defendants violated provisions of

24

Sections 7, 15(a)(2), and 15(a)(5) of the Fair Labor Standards Act of 1938, as amended ("FLSA" or the

1   Sections 7, 15(a)(2), and 15(a)(5) of the Fair Labor Standards Act of 1938, as amended ("FLSA" or the

2   "Act"), 29 U.S.C. §§207, 211(c), and 215(a)(2).

3        B.     Defendants acknowledge receipt of a copy of the Secretary's Complaint.

4        C.     Defendants acknowledge their right to retain counsel in this matter.

5        D.     Defendants admit that the Court has jurisdiction over the parties and subject matter of this

6   civil action and that venue lies in the District Court for the Western District of Washington.

7        E.     Defendants and the Secretary agree to the entry of this Consent Judgment without

8   contest.

9        F.     Defendants acknowledge that Defendants and any individual or entity acting on their

10  individual or collective behalf or at their individual or collective direction have notice of, and

11  understand, the provisions of this Consent Judgment.

12       G.     Defendants understand and expressly acknowledge that the provisions and safeguards

13  guaranteed under the FLSA to employees, including but not limited those found in Sections 6, 7, 11(c),

14  15(a)(2) and 15(a)(5), apply to individuals who perform or performed work for them including but not

15  limited to cleaning, remodeling, and maintenance of residential and commercial real properties in the

16  greater Puget Sound area.

17       H.     Defendants admit to violating Sections 7, 211(c), and 15(a)(2) of the FLSA during the

18  period of at least May 30, 2011 through and including January 5, 2014 ("Subject Period") by employing

19  the employees listed in the attached **Exhibit A** who were engaged in commerce or the production of

20  goods for commerce, or who were employed in an enterprise engaged in commerce or in the production

21  of goods for commerce within the meaning of the Act, for workweeks longer than forty (40) hours, and

22  by failing to pay such employees compensation for their employment in excess of forty (40) hours at a

23  rate not less than one and one-half times the regular rate at which they were employed.

24

CONSENT JUDGMENT – PAGE  2
*Perez v. Tubro*, et al.  -  Case No. 2:15-cv-1975-JLR

I.     Defendants understand and acknowledge that demanding or accepting any of the monies due to any current or former employees under this Consent Judgment, threatening any employee for accepting monies due under this Consent Judgment, or threatening any employee for exercising any of his or her rights under the FLSA is specifically prohibited and may subject Defendants to equitable and legal damages, including punitive damages and civil contempt.

Therefore, upon motion of the attorneys for the Secretary, and for cause shown,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that pursuant to Section 17 of the FLSA, Defendants TUBRO CONSTRUCTION, INC. and RICHARD TIETJEN, their officers, agents, servants, employees, and all persons in active concert or participation with them be, and they hereby are, permanently enjoined and restrained from violating the provisions of the FLSA, in any of the following manners:

1.     Defendants shall not, contrary to Sections 7 and 15(a)(2) of the Act, employ any of their employees who in any workweek are engaged in commerce or the production of goods for commerce, or who are employed in an enterprise engaged in commerce or in the production of goods for commerce, within the meaning of the Act, for workweeks longer than forty hours, unless such employee receives compensation for his employment in excess of forty hours at a rate not less than one and one-half times the regular rates at which he is employed.

2.     Defendants shall not withhold payment of **$582,287.38**, which represents the gross unpaid overtime compensation hereby found to be due, for the Subject Period, to the present and former employees of Defendants named in **Exhibit A,** attached hereto and made a part hereof, in the amounts set forth therein, as outlined in Exhibit A.

3.     Defendants shall not, contrary to Sections 11(c) and 15(a)(5) of the Act, fail to make, keep, and preserve records of their employees which include the wages, hours and other conditions and

1   practices of employment, including but not limited to complying with the requirements of 29 C.F.R.

2   §516.2.

3       4.    Defendants shall not request, solicit, suggest, or coerce, directly, or indirectly, any

4   employee to return or to offer to return to Defendants or to someone else for Defendants, any money in

5   the form of cash, check, or any other form, for wages previously due or to become due in the future to

6   said employee under the provisions of this Judgment or the Act; nor shall Defendants accept, or receive

7   from any employee, either directly or indirectly, any money in the form of cash, check, or any other

8   form, for wages heretofore or hereafter paid to said employee under the provisions of this Judgment or

9   the Act; nor shall Defendants discharge or in any other manner discriminate, nor solicit or encourage

10  anyone else to discriminate, against any such employee because such employee has received or retained

11  money due to him from Defendants under the provisions of this Judgment or the Act.

12

13      **FURTHER, JUDGMENT IS HEREBY ENTERED**, pursuant to Section 16(c) of the Act, in

14  favor of the Secretary and against Defendants in the total amount of **$1,164,574.76** ("Judgment

15  Amount"), which is comprised of the gross unpaid overtime compensation owed by Defendants in the

16  amount of $582,287.38, and liquidated damages in the same amount of $582,287.38, as permitted

17  pursuant to authority expressly provided in Section 16(c) of the FLSA.  Defendants are jointly and

18  severally liable for the Judgment Amount.

19      **IT IS FURTHER ORDERED, ADJUDGED, AND DECREED THAT**

20      1.    The monetary provisions of this Consent Judgment will be deemed satisfied by

21  Defendants upon delivering to the Secretary's representative(s) the following:

22      a.    Defendants shall pay to the Secretary the sum of $186,000.00, which represents

23  gross unpaid overtime compensation in the amount of $93,000.00, and an equal amount of liquidated

24

1   damages in the amount of $93,000.00, as permitted pursuant to authority expressly provided in Section

2   16(c) of the FLSA.  These payments by Defendants to the Secretary shall be increased by interest in the

3   amount of 1% on the declining balance due to each employee.

4         b.      On or before March 30, 2017, Defendants shall initiate repayment of the back

5   wages and liquidated damages described above by making installment payments in accordance with the

6   terms set forth in **Exhibit B**, attached hereto.  Defendants shall pay the remainder of the balance due in

7   quarterly installments as follows:

8               i.      For the period January 1, 2017 to December 31, 2018, Defendants shall

9   pay no less than $4,500.00 on or before March 30, 2017, June 30, 2017, September 30, 2017, December

10  31, 2017, March 30, 2018, June 30, 2018, September 30, 2018, and December 31, 2018.

11              ii.      For the period January 1, 2019 to December 31, 2020, Defendants shall

12  pay no less than $18,750.00 on or before March 30, 2019, June 30, 2019, September 30, 2019,

13  December 31, 2019, March 30, 2020, June 30, 2020, September 30, 2020, and December 31, 2020.

14  Defendants may pay the remaining balance due in full at any time.

15              iii.      The final check will be increased by the amount of interest due each

16  employee, calculated at 1% per annum, which amount due each employee is reflected on Exhibit A.

17        c.      Defendants shall deliver to the United States Department of Labor, Wage and

18  Hour Division, Wage and Hour Division, Attn: Back Wage Unit: 90 7th Street, Suite #13-100, San

19  Francisco, CA 94103, on or before March 30, 2017, and again in quarterly installments, as set forth in

20  Exhibit B, until the back wages, liquidated damages, and interest due under this Consent Judgment have

21  been satisfied in full for each person who is listed in the attached Exhibit A, the following:

22

23

24

CONSENT JUDGMENT – PAGE 5
*Perez v. Tubro*, et al.  -  Case No. 2:15-cv-1975-JLR

i.  A cashier's check with "Tubro Construction" written thereon, payable to the order of the "U.S. Dep't of Labor, Wage & Hour Div." in the total amount of the required payment. The checks described in this subparagraph shall contain no expiration date.

ii.  On or before November 15, 2016, a schedule in Microsoft Excel format, bearing the firm name, employer identification number(s), address(es), and phone number(s) of Defendants, and showing, for each employee for whom backwages have been computed, their: name; last known home address; last known home and mobile phone numbers, and; social security number.

d.  In the event of a default by Defendants in the timely making of any payment specified herein, the full gross amount outstanding due under this Consent Judgment, plus post-judgment interest at the rate of 5% per year on the remaining balance, shall become immediately due and payable directly to the U.S. Department of Labor by certified check to Wage and Hour.  For the purposes of this paragraph, a "default" is deemed to occur if payment is not delivered within ten (10) calendar days of the due date.

2.  The amounts so paid shall be used by the Secretary to satisfy the obligations imposed under the provisions of Section 16(c) of the FLSA, 29 U.S.C. §216(c), and shall be distributed to the employees named and in the amount set forth in this Consent Judgment (or to their heirs or estates). Any monies not distributed by Wage and Hour because of a failure to locate an employee or because of an employee's refusal to accept said distribution shall be deposited with the Treasurer of the United States pursuant to 28 U.S.C. §2041.

3.  Defendant Richard Tietjen agrees to provide the Secretary with quarterly reports of:  (1) his household income, including but not limited to all salaries, commissions, wages as employees, as well as any profits received from the business activities of Tubro Construction, Inc. and any other business(es); and (2) the revenue, profits, and receipts for Tubro Construction, Inc. and quarterly or

1  annual tax returns for the Tubro Construction, Inc. and any other business in which any Defendant has a

2  management or ownership interest.   Each such report will be due on the first day of the month after this

3  Consent Judgment has been entered by the Court and each subsequent report will be due ninety days

4  after the first report was submitted.

5           a.      If, in the event that Wage and Hour determines that Mr. Tietjen's actual or

6  estimated (based on quarterly reports) gross income is at least $200,000 per year, then Defendants agree

7  to pay, and shall pay an additional 15% of $1,164,574.76 or $174,686.21 over the term of this payment

8  plan, thereby increasing the total amount paid to $349,686.21.

9           b.      If, in the event that Wage and Hour determines that Mr. Tietjen's actual or

10  estimated (based on quarterly reports) gross income is at least $300,000 per year, then Defendants agree

11  to pay, and shall pay an additional 25% of $1,164,574.76 or $291,143.69 over the term of this payment

12  plan, thereby increasing the total amount paid to $466,143.69.

13           c.      If, in the event that Wage and Hour determines that Mr. Tietjen's actual or

14  estimated (based on quarterly reports) gross income is at least $500,000 per year, then Defendants agree

15  to pay, and shall pay an additional 35% of $1,164,574.76 or $407,601.16 over the term of this payment

16  plan, thereby increasing the total amount paid to $582,601.16.

17           d.      If, in the event that Wage and Hour determines that Mr. Tietjen's actual or

18  estimated (based on quarterly reports) gross income is at least $750,000 per year, then Defendants agree

19  to pay, and shall pay an additional 50% of $1,164,574.76 or $582,287.38 over the term of this payment

20  plan, thereby increasing the total amount paid to $757,287.38.

21           e.      If, in the event that Wage and Hour determines that Mr. Tietjen's actual or

22  estimated (based on quarterly reports) gross income exceeds $750,000 per year, then Defendants agree

23  to pay, and shall pay the full amount of the Judgment of $1,164,574.76 over the term of this payment

24

1    plan.

2              f.        In the event Mr. Tietjen receives any bequest, inheritance, gift (of over $10,000),

3    lottery or gambling winning over $10,000, or proceeds of any life insurance policy, such amount shall

4    be included on the receiving Defendant's quarterly report (referenced *supra* at §3) and, if any amount

5    less than the full amount of $1,164,574.76 is being paid under this Judgment, 100% of the received

6    amount, up to but not exceeding the amount of the Judgment, shall be delivered to the U.S. Department

7    of Labor not more than 30 days following receipt of such proceeds.

8              4.        Defendant Richard Tietjen shall provide the quarterly reports referenced *supra* in §3 by

9    delivering them to Wage and Hour Division, United States Department of Labor, Attn: Jeanette Aranda,

10   District Director, 300 Fifth Ave., Suite 1130, Seattle, WA  98104 and by emailing them to

11   Aranda.Jeanette@dol.gov for the duration of the payment plan specified in **Exhibit B**.

12             5.        Defendants shall classify all persons who work as employees as employees and, as such,

13   pay the minimum wage and overtime required under the FLSA.  For a period of five years from the

14   effective date of this Consent Judgment, before any person whom Defendants claim is exempt from

15   overtime or otherwise not entitled to the minimum wage and overtime required by the FLSA,

16   Defendants must prepare a written analysis of the reasons for such classification and supply such

17   analysis to the employee along with the following Notice of Classification:

18                                   ***NOTICE OF CLASSIFICATION***

19            *The Fair Labor Standards Act ("FLSA") provides that all*
              *employees are entitled to be paid minimum wage and overtime of time*
20            *and one half, with very narrow exceptions.  You are hereby notified that*
              *Tubro Construction, Inc. and/or Richard Tietjen believe that you are*
21            *exempt from the minimum wage and/or overtime required by the FLSA*
              *for the following reasons:  _____*
22            *If you question any reason for your classification or disagree with*
              *it, please contact the Wage and Hour Division at (206) 398-8039 or*
23            *(866) 4US-WAGE ((866) 487-9243).*

24

CONSENT JUDGMENT – PAGE  8
*Perez v. Tubro*, et al.  -  Case No. 2:15-cv-1975-JLR

Defendants shall obtain the dated signature of all persons to whom the Notice of Classification is provided, and maintain copies of the analysis and worker's signature for a period of five years from date of the notice.   Any person who receives notice of such classification shall be entitled to request a copy of Defendants' analysis at any time.

Defendants shall analyze and review the propriety of each non-owner who is not classified as eligible for FLSA minimum wage and overtime on an annual basis and maintain records of such review and analysis for a period of five years.  Each such review shall be provided to the relevant worker(s) with the Notice of Classification.  Defendants shall provide copies of the records required by this paragraph upon request by representatives of the Secretary of Labor.

6.       For a period of five years from entry of this Judgment, Defendants shall prominently display a copy of the following statement at all business establishments in which any of them have any interest, in areas where employees will see it, along with all legally required notices that notify employees of their rights under federal and state labor laws.  This notice is also included as **Exhibit C**, attached herein.

### *EMPLOYEE RIGHTS STATEMENT AND INSPECTION NOTICE*

*Your Employer must pay you for all hours worked, which includes all time that you are required to be on premises controlled by your Employer and are not free from your duties, including time spent waiting to work.*

*You have the right to have all hours worked counted on one time record.*

*You have the right to be paid at least the federal minimum wage (currently $7.25 per hour) for all hours worked.*

*You have the right to be paid for overtime, which means that you have the right to be paid at one and one-half times your regular rate (at least $10.87 if your wage rate is the current federal minimum wage) for all hours you work more than 40 hours in one workweek.*

*You have the right to inspect your time records at any time without prior request.*

*You have the right to speak with the U.S. Department of Labor if you think your Employer has not paid you for all hours worked or paid*

*overtime.*

*The U.S. Department of Labor has the right to inspect your Employer at any time, and you have the right to talk to any representative of the U. S Department of Labor privately and not in the presence of your employer.*

*You can call the U.S. Department of Labor to make a confidential complaint at 1-866-4US-WAGE at any time you wish.*

**YOUR EMPLOYER IS SUBJECT TO PENALTIES IF YOU ARE TREATED UNFAIRLY BECAUSE YOU TELL THE U.S. DEPARTMENT OF LABOR YOU THINK YOUR EMPLOYER HAS NOT FULFILLED THE REQUIREMENTS OF THIS NOTICE.**

7.     The filing, pursuit, and/or resolution of this proceeding with the filing of this Consent Judgment shall not act as, or be asserted as, a bar to any action under Section 16(b) of the FLSA, 29 U.S.C. §216(b), as to any employee not named on the attached Exhibit A, nor as to any employee named on the attached Exhibit A for any period not specified herein for the back wage recovery provisions.

8.     Each party shall bear all fees and other expenses, including court costs and attorney's fees, incurred by such party in connection with any stage of this proceeding.

IT IS FURTHER ORDERED that this Court shall retain jurisdiction of this action for purposes of enforcing compliance with the terms of this Consent Judgment.

IT IS SO ORDERED.

DATED this _____26_____ day of _____October_____, 2016.


_____
~~Hon. James L. Robart~~
Hon. Magistrate Mary Alice Theiler
U.S. District Court

1   M. PATRICIA SMITH
    Solicitor of Labor
2   JANET M. HEROLD
    Regional Solicitor
3   BRUCE L. BROWN
    Associate Regional Solicitor
4   JEANNIE GORMAN
    Senior Trial Attorney
5

6
                                                    Dated: _____
7   United States Department of Labor
    Counsel for Plaintiff
8

9
                                                    Dated: _____
10  Richard Tietjen, individually and on behalf
    of Tubro Construction, Inc.
11

12
                                                    Dated: _____
13  Dan DeLue: DeLue Law, PLLC
    Counsel for Defendants
14

15

16

17

18

19

20

21

22

23

24

**CONSENT JUDGMENT – PAGE 11**
*Perez v. Tubro*, et al.  -  Case No. 2:15-cv-1975-JLR

1   M. PATRICIA SMITH
    Solicitor of Labor
2   JANET M. HEROLD
    Regional Solicitor
3   BRITTE L. BROWN
    Associate Regional Solicitor
4   JEANNIE COXMAN
    Senior Trial Attorney
5

6
                                          Dated: _____
7   United States Department of Labor
    Counsel for Plaintiff
8

9
                                          Dated: 10/21/16
10  Ryan C. Heyen, Individually and on behalf
    of Pro Construction, Inc.
11

12
                                          Dated: 10-21-16
13  Danielson Law, PLLC
    Counsel for Defendants
14

15

16

17

18

19

20

21

22

23

24

CONSENT JUDGMENT – PAGE 11
Perez v. Heyen et al. - Case No. 2:15-cv-1975-JLR

1  M. PATRICIA SMITH
   Solicitor of Labor
2  JANET M. HEROLD
   Regional Solicitor
3  BRUCE L. BROWN
   Associate Regional Solicitor
4  JEANNIE GORMAN
   Senior Trial Attorney

5

6

                                     Dated: 10-25-2016

7  United States Department of Labor
   Counsel for Plaintiff

8

9

                                       Dated: _____

10  Richard Tietjen, individually and on behalf
   of Tubro Construction, Inc.

11

12

                                       Dated: _____

13  Dan DeLue: DeLue Law, PLLC
   Counsel for Defendants

14

15

16

17

18

19

20

21

22

23

24

| Employees | BWs Due | Liquidated Damages | Interest | Gross Amount Due |
|---|---|---|---|---|
| GUEVARA, JUAN CARLOS | $ 5,100.39 | $ 5,100.39 | $ 209.63 | $ 10,410.41 |
| ADAMS, CALEB | $ 3,927.38 | $ 3,927.38 | $ 161.40 | $ 8,016.16 |
| ANGEL LIERA, JOSE ADRIAN | $ 3,805.62 | $ 3,805.62 | $ 156.40 | $ 7,767.64 |
| PANO SALAS, ANGEL | $ 3,067.54 | $ 3,067.54 | $ 126.07 | $ 6,261.15 |
| GORDIANO, ARTURO | $ 3,037.64 | $ 3,037.64 | $ 124.84 | $ 6,200.12 |
| MAGANA, CARLOS | $ 3,007.22 | $ 3,007.22 | $ 123.59 | $ 6,138.03 |
| AGUIRRE, LINO | $ 2,972.60 | $ 2,972.60 | $ 122.16 | $ 6,067.36 |
| GORDIANO, JUAN CARLOS | $ 2,589.09 | $ 2,589.09 | $ 106.40 | $ 5,284.58 |
| MENDEZ, JAVIER | $ 2,417.21 | $ 2,417.21 | $ 99.34 | $ 4,933.76 |
| SUAREZ, JOSE | $ 2,247.99 | $ 2,247.99 | $ 92.38 | $ 4,588.36 |
| PEREZ HEREDIA, SERGIO | $ 2,229.45 | $ 2,229.45 | $ 91.62 | $ 4,550.52 |
| MILLA, TERESA | $ 2,176.99 | $ 2,176.99 | $ 89.47 | $ 4,443.45 |
| OCHOA SIORDIA, LUIS | $ 1,951.02 | $ 1,951.02 | $ 80.18 | $ 3,982.22 |
| ANGEL LIERA, SIMON | $ 1,879.81 | $ 1,879.81 | $ 77.25 | $ 3,836.87 |
| RIVAS, FELIPE | $ 1,822.76 | $ 1,822.76 | $ 74.91 | $ 3,720.43 |
| CALDERON, JORGE | $ 1,734.72 | $ 1,734.72 | $ 71.29 | $ 3,540.73 |
| SILVA, EDGAR | $ 1,621.37 | $ 1,621.37 | $ 66.63 | $ 3,309.37 |
| MARILES, ANTONIO | $ 1,606.24 | $ 1,606.24 | $ 66.01 | $ 3,278.49 |
| VASQUEZ, SANTIAGO | $ 1,578.34 | $ 1,578.34 | $ 64.86 | $ 3,221.54 |
| MARINELLI, NICHOLAS | $ 1,567.86 | $ 1,567.86 | $ 64.43 | $ 3,200.15 |
| ALVAREZ, MARISOL | $ 1,512.64 | $ 1,512.64 | $ 62.16 | $ 3,087.44 |
| BERNAL, LAURO | $ 1,421.83 | $ 1,421.83 | $ 58.43 | $ 2,902.09 |
| BELTRAN, JONAS | $ 1,399.46 | $ 1,399.46 | $ 57.51 | $ 2,856.43 |
| SIMMONS, DYLAN | $ 1,333.79 | $ 1,333.79 | $ 54.81 | $ 2,722.39 |
| SALLSTROM, KATIE | $ 1,257.57 | $ 1,257.57 | $ 51.68 | $ 2,566.82 |
| SANCHEZ, ALVARO | $ 1,222.02 | $ 1,222.02 | $ 50.22 | $ 2,494.26 |
| MELITON, JUAN | $ 1,221.22 | $ 1,221.22 | $ 50.19 | $ 2,492.63 |
| JIMENEZ, NOE | $ 1,172.10 | $ 1,172.10 | $ 48.17 | $ 2,392.37 |
| BERNAL, ANA | $ 1,163.03 | $ 1,163.03 | $ 47.80 | $ 2,373.86 |
| GARCIA, ANDRES | $ 1,135.78 | $ 1,135.78 | $ 46.68 | $ 2,318.24 |
| VASQUEZ, EDUARDO | $ 1,059.56 | $ 1,059.56 | $ 43.54 | $ 2,162.66 |
| CHAVEZ, JOSE | $ 980.05 | $ 980.05 | $ 40.28 | $ 2,000.38 |
| MENDEZ GOMEZ, JAIME | $ 971.94 | $ 971.94 | $ 39.94 | $ 1,983.82 |
| VALDEZ, ARMANDO | $ 939.91 | $ 939.91 | $ 38.63 | $ 1,918.45 |
| HERNANDEZ, EFRAIN | $ 919.95 | $ 919.95 | $ 37.81 | $ 1,877.71 |
| ESTRADA, TOMAS | $ 860.47 | $ 860.47 | $ 35.36 | $ 1,756.30 |
| ALARCON, RUBEN | $ 828.34 | $ 828.34 | $ 34.04 | $ 1,690.72 |
| TOMAS, NELSON | $ 821.76 | $ 821.76 | $ 33.77 | $ 1,677.29 |
| REYES, ELPIDIO | $ 812.48 | $ 812.48 | $ 33.39 | $ 1,658.35 |
| GUZMAN, FELIX | $ 704.14 | $ 704.14 | $ 28.94 | $ 1,437.22 |

Exhibit A to Consent Judgment - 1 of 5

| Employees | BWs Due | Liquidated Damages | Interest | Gross Amount Due |
|---|---|---|---|---|
| GARCIA, RAUL | $ 698.62 | $ 698.62 | $ 28.71 | $ 1,425.95 |
| MARTINEZ, EDGAR | $ 640.26 | $ 640.26 | $ 26.31 | $ 1,306.83 |
| CORONILLA, JOSE | $ 638.76 | $ 638.76 | $ 26.25 | $ 1,303.77 |
| PUGA, LORENZO | $ 627.59 | $ 627.59 | $ 25.79 | $ 1,280.97 |
| HERNANDEZ, ENRIQUE | $ 592.91 | $ 592.91 | $ 24.37 | $ 1,210.19 |
| HERNANDEZ SR., EFRAIN | $ 559.33 | $ 559.33 | $ 22.99 | $ 1,141.65 |
| MENDEZ, ALEJANDRO | $ 504.55 | $ 504.55 | $ 20.74 | $ 1,029.84 |
| ZAMORA ORTEGA, JOSE | $ 498.47 | $ 498.47 | $ 20.49 | $ 1,017.43 |
| HERNANDEZ, MANUEL | $ 486.09 | $ 486.09 | $ 19.98 | $ 992.16 |
| ESPINOZA, MANUEL | $ 461.57 | $ 461.57 | $ 18.97 | $ 942.11 |
| REYES, JOSE GABRIEL | $ 455.07 | $ 455.07 | $ 18.70 | $ 928.84 |
| GARATE, LORENZO | $ 445.62 | $ 445.62 | $ 18.31 | $ 909.55 |
| LOPEZ, JAMES | $ 439.30 | $ 439.30 | $ 18.05 | $ 896.65 |
| MORENO LEGARRETA, PEDRO | $ 403.73 | $ 403.73 | $ 16.59 | $ 824.05 |
| VASQUEZ, LAZARO | $ 386.82 | $ 386.82 | $ 15.90 | $ 789.54 |
| MARTINEZ, JOSE DEJ | $ 383.20 | $ 383.20 | $ 15.75 | $ 782.15 |
| GONZALEZ, SEBASTIAN | $ 367.35 | $ 367.35 | $ 15.10 | $ 749.80 |
| HERNANDEZ, MARIA | $ 357.53 | $ 357.53 | $ 14.69 | $ 729.75 |
| REYNA SUGASTI, JOEL | $ 342.12 | $ 342.12 | $ 14.06 | $ 698.30 |
| LARA, EMMANUEL | $ 339.05 | $ 339.05 | $ 13.93 | $ 692.03 |
| IBARRA, LUIS DIAZ | $ 334.95 | $ 334.95 | $ 13.77 | $ 683.67 |
| KLIMOV, STAS | $ 334.22 | $ 334.22 | $ 13.74 | $ 682.18 |
| MUNOZ, FRANCISCO | $ 315.40 | $ 315.40 | $ 12.96 | $ 643.76 |
| HERNANDEZ, FIDENCIO | $ 312.11 | $ 312.11 | $ 12.83 | $ 637.05 |
| STAROVEROV, ILYA | $ 301.62 | $ 301.62 | $ 12.40 | $ 615.64 |
| SALO, LARRY | $ 289.44 | $ 289.44 | $ 11.89 | $ 590.77 |
| ORTIZ, JUAN | $ 286.93 | $ 286.93 | $ 11.79 | $ 585.65 |
| MUNOZ, FERNINDO | $ 266.15 | $ 266.15 | $ 10.94 | $ 543.24 |
| LIRA, JOSE | $ 260.67 | $ 260.67 | $ 10.71 | $ 532.05 |
| JIMENEZ, JOSE | $ 259.66 | $ 259.66 | $ 10.67 | $ 529.99 |
| BRAHAM, CARLOS | $ 243.31 | $ 243.31 | $ 10.00 | $ 496.62 |
| MENDOZA, JONATHAN | $ 239.73 | $ 239.73 | $ 9.85 | $ 489.31 |
| FAREZ, CESAR | $ 229.59 | $ 229.59 | $ 9.44 | $ 468.62 |
| GOLDSBARY, RICHARD | $ 229.59 | $ 229.59 | $ 9.44 | $ 468.62 |
| SALCEDO, JESUS | $ 229.59 | $ 229.59 | $ 9.44 | $ 468.62 |
| MARTINEZ DOLORES, MARIA | $ 217.24 | $ 217.24 | $ 8.93 | $ 443.41 |
| SILVA, OMAR | $ 194.49 | $ 194.49 | $ 7.99 | $ 396.97 |
| MUNOZ, MARIA | $ 191.46 | $ 191.46 | $ 7.87 | $ 390.79 |
| HITE, THOMAS | $ 190.29 | $ 190.29 | $ 7.82 | $ 388.40 |
| ALLEN, CHARLES | $ 184.16 | $ 184.16 | $ 7.57 | $ 375.89 |

| Employees | BWs Due | Liquidated Damages | Interest | Gross Amount Due |
|-----------|---------|--------------------|----------|------------------|
| OROZCO, ROBERTO | $ 176.52 | $ 176.52 | $ 7.25 | $ 360.29 |
| BOROVIK, MAKSIMS | $ 168.63 | $ 168.63 | $ 6.93 | $ 344.19 |
| KALININ, SEMION | $ 167.81 | $ 167.81 | $ 6.90 | $ 342.52 |
| MOJICA PAVON, LUISE | $ 166.98 | $ 166.98 | $ 6.86 | $ 340.82 |
| JACOBS, JEREMY | $ 166.05 | $ 166.05 | $ 6.82 | $ 338.92 |
| CHAVEZ, ISRAEL | $ 162.02 | $ 162.02 | $ 6.66 | $ 330.70 |
| RIVERA, MARIA | $ 147.34 | $ 147.34 | $ 6.05 | $ 300.73 |
| OLSON, NATHAN | $ 142.60 | $ 142.60 | $ 5.86 | $ 291.06 |
| SALINAS, ROBERTO | $ 139.40 | $ 139.40 | $ 5.73 | $ 284.53 |
| VAZQEUZ, MIGUEL | $ 137.76 | $ 137.76 | $ 5.66 | $ 281.18 |
| NELSON, MARK | $ 136.39 | $ 136.39 | $ 5.60 | $ 278.38 |
| JOHNSON, DENNIS | $ 133.30 | $ 133.30 | $ 5.48 | $ 272.08 |
| MEJIA, PEDRO MUNOZ | $ 130.83 | $ 130.83 | $ 5.38 | $ 267.04 |
| LYDON, KYLE | $ 126.07 | $ 126.07 | $ 5.18 | $ 257.32 |
| REESE, JABARI | $ 124.12 | $ 124.12 | $ 5.10 | $ 253.34 |
| RINCON, JOSE | $ 123.28 | $ 123.28 | $ 5.07 | $ 251.63 |
| GARCIA, SAMUEL | $ 115.53 | $ 115.53 | $ 4.75 | $ 235.81 |
| MEJIA, JONATHAN | $ 113.85 | $ 113.85 | $ 4.68 | $ 232.38 |
| RUIZ, MARGARITO | $ 113.45 | $ 113.45 | $ 4.66 | $ 231.56 |
| OCHOA, RIGOBERTO | $ 103.35 | $ 103.35 | $ 4.25 | $ 210.95 |
| GONZALES, GABRIEL | $ 100.06 | $ 100.06 | $ 4.11 | $ 204.23 |
| MOJICA, JULIA | $ 98.14 | $ 98.14 | $ 4.03 | $ 200.31 |
| HACKERSON, THOMAS | $ 92.94 | $ 92.94 | $ 3.82 | $ 189.70 |
| GRIGGS, SCOTT | $ 91.98 | $ 91.98 | $ 3.78 | $ 187.74 |
| PEREZ, CESAR | $ 84.63 | $ 84.63 | $ 3.48 | $ 172.74 |
| GORDON, MICHAEL | $ 82.93 | $ 82.93 | $ 3.41 | $ 169.27 |
| GOLDSBARY, RAEANNA | $ 81.87 | $ 81.87 | $ 3.36 | $ 167.10 |
| SOLTERO, ROMEL | $ 81.68 | $ 81.68 | $ 3.36 | $ 166.72 |
| RIVERA VEGA, JESUS | $ 78.58 | $ 78.58 | $ 3.23 | $ 160.39 |
| OCHOA SUAREZ, GABRIELA | $ 77.63 | $ 77.63 | $ 3.19 | $ 158.45 |
| WATSON, LARRY | $ 76.88 | $ 76.88 | $ 3.16 | $ 156.92 |
| GARCIA, ERIC | $ 70.19 | $ 70.19 | $ 2.88 | $ 143.26 |
| CARILLO, EFRAN | $ 68.88 | $ 68.88 | $ 2.83 | $ 140.59 |
| NIETO, MANUEL | $ 68.88 | $ 68.88 | $ 2.83 | $ 140.59 |
| RIDDLE, DERRICK | $ 68.88 | $ 68.88 | $ 2.83 | $ 140.59 |
| VICENTE, JUAN | $ 66.38 | $ 66.38 | $ 2.73 | $ 135.49 |
| DIAZ, SIDIA | $ 66.17 | $ 66.17 | $ 2.72 | $ 135.06 |
| LYSENKO, IVAN | $ 64.60 | $ 64.60 | $ 2.65 | $ 131.85 |
| MARCELINO, NUNEZ | $ 64.43 | $ 64.43 | $ 2.65 | $ 131.51 |
| PAREDES, MARK | $ 64.03 | $ 64.03 | $ 2.63 | $ 130.69 |

Exhibit A to Consent Judgment - 3 of 5

| Employees | BWs Due | | Liquidated Damages | | Interest | | Gross Amount Due | |
|---|---|---|---|---|---|---|---|---|
| MADRIGAL, MELISSA | $ | 63.53 | $ | 63.53 | $ | 2.61 | $ | 129.67 |
| MOTA, JOHN | $ | 62.00 | $ | 62.00 | $ | 2.55 | $ | 126.55 |
| NOLAN, KRISTOPHER | $ | 59.35 | $ | 59.35 | $ | 2.44 | $ | 121.14 |
| ESTEVEZ, RODOLFO | $ | 59.22 | $ | 59.22 | $ | 2.43 | $ | 120.87 |
| PASCAL, DERRELL | $ | 56.05 | $ | 56.05 | $ | 2.30 | $ | 114.40 |
| RODRIGUES, LACEY | $ | 55.06 | $ | 55.06 | $ | 2.26 | $ | 112.38 |
| JAAKOLA, JERAMEY | $ | 51.98 | $ | 51.98 | $ | 2.14 | $ | 106.10 |
| DOMINGUEZ, ALEX | $ | 50.55 | $ | 50.55 | $ | 2.08 | $ | 103.18 |
| LANG, CHRISTY | $ | 46.61 | $ | 46.61 | $ | 1.92 | $ | 95.14 |
| DEMPSEY, BRETT | $ | 45.26 | $ | 45.26 | $ | 1.86 | $ | 92.38 |
| DOWDY, DEMETREUS | $ | 45.10 | $ | 45.10 | $ | 1.85 | $ | 92.05 |
| BRANCH, JEFFREY | $ | 44.21 | $ | 44.21 | $ | 1.82 | $ | 90.24 |
| MILLA, EVER | $ | 44.12 | $ | 44.12 | $ | 1.81 | $ | 90.05 |
| REYES, JACOBO | $ | 41.22 | $ | 41.22 | $ | 1.69 | $ | 84.13 |
| CHILCOTT, ANTHONY | $ | 40.17 | $ | 40.17 | $ | 1.65 | $ | 81.99 |
| MELENDEZ, RODRIGO | $ | 38.83 | $ | 38.83 | $ | 1.60 | $ | 79.26 |
| RAMOS, JORGE | $ | 37.40 | $ | 37.40 | $ | 1.54 | $ | 76.34 |
| VARGAS, TAMI | $ | 36.48 | $ | 36.48 | $ | 1.50 | $ | 74.46 |
| SHORTRIDGE, DWIGHT | $ | 36.15 | $ | 36.15 | $ | 1.49 | $ | 73.79 |
| HARRIS, JOSHUA | $ | 34.98 | $ | 34.98 | $ | 1.44 | $ | 71.40 |
| IZQUIERDO, MAYOLO | $ | 34.91 | $ | 34.91 | $ | 1.43 | $ | 71.25 |
| GLIGOREA, AMANDA | $ | 34.09 | $ | 34.09 | $ | 1.40 | $ | 69.58 |
| JESUS, MORALES | $ | 31.00 | $ | 31.00 | $ | 1.27 | $ | 63.27 |
| THOMPSON, JAYNEE | $ | 29.29 | $ | 29.29 | $ | 1.20 | $ | 59.78 |
| SHELTON, GARY | $ | 27.61 | $ | 27.61 | $ | 1.13 | $ | 56.35 |
| BOBADILLA, KRISTINA | $ | 26.63 | $ | 26.63 | $ | 1.09 | $ | 54.35 |
| FERRUFINO, JOSE | $ | 26.16 | $ | 26.16 | $ | 1.08 | $ | 53.40 |
| BONILLA, AGUSTIN | $ | 26.09 | $ | 26.09 | $ | 1.07 | $ | 53.25 |
| FLORES, MARIO | $ | 25.69 | $ | 25.69 | $ | 1.06 | $ | 52.44 |
| BARRETT, KATELYN | $ | 23.19 | $ | 23.19 | $ | 0.95 | $ | 47.33 |
| BUSTILLO, JOSE | $ | 22.96 | $ | 22.96 | $ | 0.94 | $ | 46.86 |
| GILES, DAREN | $ | 22.96 | $ | 22.96 | $ | 0.94 | $ | 46.86 |
| HURTADO, RUBEN | $ | 22.96 | $ | 22.96 | $ | 0.94 | $ | 46.86 |
| MARQUEZ, MARIA | $ | 22.96 | $ | 22.96 | $ | 0.94 | $ | 46.86 |
| ORDONEZ, JORGE A | $ | 22.96 | $ | 22.96 | $ | 0.94 | $ | 46.86 |
| LOPEZ, FREDY | $ | 22.86 | $ | 22.86 | $ | 0.94 | $ | 46.66 |
| HOLCOMBE, JORDAN | $ | 22.12 | $ | 22.12 | $ | 0.91 | $ | 45.15 |
| TIETJEN, LEXE | $ | 21.41 | $ | 21.41 | $ | 0.88 | $ | 43.70 |
| ROJERO, RODRIGO | $ | 20.30 | $ | 20.30 | $ | 0.83 | $ | 41.43 |
| GARCIA, HUMBERTO | $ | 19.17 | $ | 19.17 | $ | 0.79 | $ | 39.13 |

Exhibit A to Consent Judgment - 4 of 5

| Employees | BWs Due | Liquidated Damages | Interest | Gross Amount Due |
|---|---|---|---|---|
| MAKAREVICH, ELVIRA | $ 19.14 | $ 19.14 | $ 0.79 | $ 39.07 |
| MIHELICH, CHRISTINA | $ 19.01 | $ 19.01 | $ 0.78 | $ 38.80 |
| VICENTE OSEIEL, MELVIN | $ 18.10 | $ 18.10 | $ 0.74 | $ 36.94 |
| RUIZ, KAREN | $ 17.91 | $ 17.91 | $ 0.74 | $ 36.56 |
| HEDIN, ANTHONY | $ 17.57 | $ 17.57 | $ 0.72 | $ 35.86 |
| QUINTANA, PAOLA | $ 17.41 | $ 17.41 | $ 0.72 | $ 35.54 |
| ELLIS, CHICO | $ 16.96 | $ 16.96 | $ 0.70 | $ 34.62 |
| GARRETT, BO | $ 16.89 | $ 16.89 | $ 0.69 | $ 34.47 |
| GARCIA, JOSE | $ 16.52 | $ 16.52 | $ 0.68 | $ 33.72 |
| CORTEZ, JULIAN | $ 16.40 | $ 16.40 | $ 0.67 | $ 33.47 |
| NUNEZ, MARCELINO | $ 15.15 | $ 15.15 | $ 0.62 | $ 30.92 |
| GONZALEZ, PARRISH | $ 14.99 | $ 14.99 | $ 0.62 | $ 30.60 |
| FRANCO CESAR, JULIO | $ 13.68 | $ 13.68 | $ 0.56 | $ 27.92 |
| GARCIA, JULIO | $ 13.51 | $ 13.51 | $ 0.56 | $ 27.58 |
| CRIM, WILLIAM | $ 13.21 | $ 13.21 | $ 0.54 | $ 26.96 |
| WILLIAMSON, MICHAEL | $ 12.71 | $ 12.71 | $ 0.52 | $ 25.94 |
| KEELEY, CHRISTINA | $ 12.48 | $ 12.48 | $ 0.51 | $ 25.47 |
| SILVA, EFRAIN | $ 11.42 | $ 11.42 | $ 0.47 | $ 23.31 |
| BELTRAN, BIANCA | $ 11.02 | $ 11.02 | $ 0.45 | $ 22.49 |
| CAUDILL, GAVIN | $ 10.85 | $ 10.85 | $ 0.45 | $ 22.15 |
| DOLERES, JOSE | $ 10.46 | $ 10.46 | $ 0.43 | $ 21.35 |
| NASH, MARCHE | $ 10.21 | $ 10.21 | $ 0.42 | $ 20.84 |
| BERNAL, MARIA | $ 10.20 | $ 10.20 | $ 0.42 | $ 20.82 |
| WEEKS, JUSTIN | $ 8.95 | $ 8.95 | $ 0.37 | $ 18.27 |
| STOECKER, DAVID | $ 8.87 | $ 8.87 | $ 0.36 | $ 18.10 |
| NAVA, ROBERTO | $ 8.44 | $ 8.44 | $ 0.35 | $ 17.23 |
| IBARRA, LUIS | $ 8.31 | $ 8.31 | $ 0.34 | $ 16.96 |
| MACK, OTIS | $ 7.59 | $ 7.59 | $ 0.31 | $ 15.49 |
| FIGUEROA, PEDRO | $ 5.59 | $ 5.59 | $ 0.23 | $ 11.41 |
| Total | $ 93,000.00 | $ 93,000.00 | $ 3,821.96 | $ 189,821.96 |

| Employees | BWs Due | Liquidated Damages | Interest | Gross Amount Due |
|---|---|---|---|---|
| GUEVARA, JUAN CARLOS | $ 5,100.39 | $ 5,100.39 | $ 209.63 | $ 10,410.41 |
| ADAMS, CALEB | $ 3,927.38 | $ 3,927.38 | $ 161.40 | $ 8,016.16 |
| ANGEL LIERA, JOSE ADRIAN | $ 3,805.62 | $ 3,805.62 | $ 156.40 | $ 7,767.64 |
| PANO SALAS, ANGEL | $ 3,067.54 | $ 3,067.54 | $ 126.07 | $ 6,261.15 |
| GORDIANO, ARTURO | $ 3,037.64 | $ 3,037.64 | $ 124.84 | $ 6,200.12 |
| MAGANA, CARLOS | $ 3,007.22 | $ 3,007.22 | $ 123.59 | $ 6,138.03 |
| AGUIRRE, LINO | $ 2,972.60 | $ 2,972.60 | $ 122.16 | $ 6,067.36 |
| GORDIANO, JUAN CARLOS | $ 2,589.09 | $ 2,589.09 | $ 106.40 | $ 5,284.58 |
| MENDEZ, JAVIER | $ 2,417.21 | $ 2,417.21 | $ 99.34 | $ 4,933.76 |
| SUAREZ, JOSE | $ 2,247.99 | $ 2,247.99 | $ 92.38 | $ 4,588.36 |
| PEREZ HEREDIA, SERGIO | $ 2,229.45 | $ 2,229.45 | $ 91.62 | $ 4,550.52 |
| MILLA, TERESA | $ 2,176.99 | $ 2,176.99 | $ 89.47 | $ 4,443.45 |
| OCHOA SIORDIA, LUIS | $ 1,951.02 | $ 1,951.02 | $ 80.18 | $ 3,982.22 |
| ANGEL LIERA, SIMON | $ 1,879.81 | $ 1,879.81 | $ 77.25 | $ 3,836.87 |
| RIVAS, FELIPE | $ 1,822.76 | $ 1,822.76 | $ 74.91 | $ 3,720.43 |
| CALDERON, JORGE | $ 1,734.72 | $ 1,734.72 | $ 71.29 | $ 3,540.73 |
| SILVA, EDGAR | $ 1,621.37 | $ 1,621.37 | $ 66.63 | $ 3,309.37 |
| MARILES, ANTONIO | $ 1,606.24 | $ 1,606.24 | $ 66.01 | $ 3,278.49 |
| VASQUEZ, SANTIAGO | $ 1,578.34 | $ 1,578.34 | $ 64.86 | $ 3,221.54 |
| MARINELLI, NICHOLAS | $ 1,567.86 | $ 1,567.86 | $ 64.43 | $ 3,200.15 |
| ALVAREZ, MARISOL | $ 1,512.64 | $ 1,512.64 | $ 62.16 | $ 3,087.44 |
| BERNAL, LAURO | $ 1,421.83 | $ 1,421.83 | $ 58.43 | $ 2,902.09 |
| BELTRAN, JONAS | $ 1,399.46 | $ 1,399.46 | $ 57.51 | $ 2,856.43 |
| SIMMONS, DYLAN | $ 1,333.79 | $ 1,333.79 | $ 54.81 | $ 2,722.39 |
| SALLSTROM, KATIE | $ 1,257.57 | $ 1,257.57 | $ 51.68 | $ 2,566.82 |
| SANCHEZ, ALVARO | $ 1,222.02 | $ 1,222.02 | $ 50.22 | $ 2,494.26 |
| MELITON, JUAN | $ 1,221.22 | $ 1,221.22 | $ 50.19 | $ 2,492.63 |
| JIMENEZ, NOE | $ 1,172.10 | $ 1,172.10 | $ 48.17 | $ 2,392.37 |
| BERNAL, ANA | $ 1,163.03 | $ 1,163.03 | $ 47.80 | $ 2,373.86 |
| GARCIA, ANDRES | $ 1,135.78 | $ 1,135.78 | $ 46.68 | $ 2,318.24 |
| VASQUEZ, EDUARDO | $ 1,059.56 | $ 1,059.56 | $ 43.54 | $ 2,162.66 |
| CHAVEZ, JOSE | $ 980.05 | $ 980.05 | $ 40.28 | $ 2,000.38 |
| MENDEZ GOMEZ, JAIME | $ 971.94 | $ 971.94 | $ 39.94 | $ 1,983.82 |
| VALDEZ, ARMANDO | $ 939.91 | $ 939.91 | $ 38.63 | $ 1,918.45 |
| HERNANDEZ, EFRAIN | $ 919.95 | $ 919.95 | $ 37.81 | $ 1,877.71 |
| ESTRADA, TOMAS | $ 860.47 | $ 860.47 | $ 35.36 | $ 1,756.30 |
| ALARCON, RUBEN | $ 828.34 | $ 828.34 | $ 34.04 | $ 1,690.72 |
| TOMAS, NELSON | $ 821.76 | $ 821.76 | $ 33.77 | $ 1,677.29 |
| REYES, ELPIDIO | $ 812.48 | $ 812.48 | $ 33.39 | $ 1,658.35 |
| GUZMAN, FELIX | $ 704.14 | $ 704.14 | $ 28.94 | $ 1,437.22 |

Exhibit A to Consent Judgment - 1 of 5

| Employees | BWs Due | Liquidated Damages | Interest | Gross Amount Due |
|---|---|---|---|---|
| GARCIA, RAUL | $ 698.62 | $ 698.62 | $ 28.71 | $ 1,425.95 |
| MARTINEZ, EDGAR | $ 640.26 | $ 640.26 | $ 26.31 | $ 1,306.83 |
| CORONILLA, JOSE | $ 638.76 | $ 638.76 | $ 26.25 | $ 1,303.77 |
| PUGA, LORENZO | $ 627.59 | $ 627.59 | $ 25.79 | $ 1,280.97 |
| HERNANDEZ, ENRIQUE | $ 592.91 | $ 592.91 | $ 24.37 | $ 1,210.19 |
| HERNANDEZ SR., EFRAIN | $ 559.33 | $ 559.33 | $ 22.99 | $ 1,141.65 |
| MENDEZ, ALEJANDRO | $ 504.55 | $ 504.55 | $ 20.74 | $ 1,029.84 |
| ZAMORA ORTEGA, JOSE | $ 498.47 | $ 498.47 | $ 20.49 | $ 1,017.43 |
| HERNANDEZ, MANUEL | $ 486.09 | $ 486.09 | $ 19.98 | $ 992.16 |
| ESPINOZA, MANUEL | $ 461.57 | $ 461.57 | $ 18.97 | $ 942.11 |
| REYES, JOSE GABRIEL | $ 455.07 | $ 455.07 | $ 18.70 | $ 928.84 |
| GARATE, LORENZO | $ 445.62 | $ 445.62 | $ 18.31 | $ 909.55 |
| LOPEZ, JAMES | $ 439.30 | $ 439.30 | $ 18.05 | $ 896.65 |
| MORENO LEGARRETA, PEDRO | $ 403.73 | $ 403.73 | $ 16.59 | $ 824.05 |
| VASQUEZ, LAZARO | $ 386.82 | $ 386.82 | $ 15.90 | $ 789.54 |
| MARTINEZ, JOSE DEJ | $ 383.20 | $ 383.20 | $ 15.75 | $ 782.15 |
| GONZALEZ, SEBASTIAN | $ 367.35 | $ 367.35 | $ 15.10 | $ 749.80 |
| HERNANDEZ, MARIA | $ 357.53 | $ 357.53 | $ 14.69 | $ 729.75 |
| REYNA SUGASTI, JOEL | $ 342.12 | $ 342.12 | $ 14.06 | $ 698.30 |
| LARA, EMMANUEL | $ 339.05 | $ 339.05 | $ 13.93 | $ 692.03 |
| IBARRA, LUIS DIAZ | $ 334.95 | $ 334.95 | $ 13.77 | $ 683.67 |
| KLIMOV, STAS | $ 334.22 | $ 334.22 | $ 13.74 | $ 682.18 |
| MUNOZ, FRANCISCO | $ 315.40 | $ 315.40 | $ 12.96 | $ 643.76 |
| HERNANDEZ, FIDENCIO | $ 312.11 | $ 312.11 | $ 12.83 | $ 637.05 |
| STAROVEROV, ILYA | $ 301.62 | $ 301.62 | $ 12.40 | $ 615.64 |
| SALO, LARRY | $ 289.44 | $ 289.44 | $ 11.89 | $ 590.77 |
| ORTIZ, JUAN | $ 286.93 | $ 286.93 | $ 11.79 | $ 585.65 |
| MUNOZ, FERNINDO | $ 266.15 | $ 266.15 | $ 10.94 | $ 543.24 |
| LIRA, JOSE | $ 260.67 | $ 260.67 | $ 10.71 | $ 532.05 |
| JIMENEZ, JOSE | $ 259.66 | $ 259.66 | $ 10.67 | $ 529.99 |
| BRAHAM, CARLOS | $ 243.31 | $ 243.31 | $ 10.00 | $ 496.62 |
| MENDOZA, JONATHAN | $ 239.73 | $ 239.73 | $ 9.85 | $ 489.31 |
| FAREZ, CESAR | $ 229.59 | $ 229.59 | $ 9.44 | $ 468.62 |
| GOLDSBARY, RICHARD | $ 229.59 | $ 229.59 | $ 9.44 | $ 468.62 |
| SALCEDO, JESUS | $ 229.59 | $ 229.59 | $ 9.44 | $ 468.62 |
| MARTINEZ DOLORES, MARIA | $ 217.24 | $ 217.24 | $ 8.93 | $ 443.41 |
| SILVA, OMAR | $ 194.49 | $ 194.49 | $ 7.99 | $ 396.97 |
| MUNOZ, MARIA | $ 191.46 | $ 191.46 | $ 7.87 | $ 390.79 |
| HITE, THOMAS | $ 190.29 | $ 190.29 | $ 7.82 | $ 388.40 |
| ALLEN, CHARLES | $ 184.16 | $ 184.16 | $ 7.57 | $ 375.89 |

| Employees | BWs Due | Liquidated Damages | Interest | Gross Amount Due |
|---|---|---|---|---|
| OROZCO, ROBERTO | $ 176.52 | $ 176.52 | $ 7.25 | $ 360.29 |
| BOROVIK, MAKSIMS | $ 168.63 | $ 168.63 | $ 6.93 | $ 344.19 |
| KALININ, SEMION | $ 167.81 | $ 167.81 | $ 6.90 | $ 342.52 |
| MOJICA PAVON, LUISE | $ 166.98 | $ 166.98 | $ 6.86 | $ 340.82 |
| JACOBS, JEREMY | $ 166.05 | $ 166.05 | $ 6.82 | $ 338.92 |
| CHAVEZ, ISRAEL | $ 162.02 | $ 162.02 | $ 6.66 | $ 330.70 |
| RIVERA, MARIA | $ 147.34 | $ 147.34 | $ 6.05 | $ 300.73 |
| OLSON, NATHAN | $ 142.60 | $ 142.60 | $ 5.86 | $ 291.06 |
| SALINAS, ROBERTO | $ 139.40 | $ 139.40 | $ 5.73 | $ 284.53 |
| VAZQEUZ, MIGUEL | $ 137.76 | $ 137.76 | $ 5.66 | $ 281.18 |
| NELSON, MARK | $ 136.39 | $ 136.39 | $ 5.60 | $ 278.38 |
| JOHNSON, DENNIS | $ 133.30 | $ 133.30 | $ 5.48 | $ 272.08 |
| MEJIA, PEDRO MUNOZ | $ 130.83 | $ 130.83 | $ 5.38 | $ 267.04 |
| LYDON, KYLE | $ 126.07 | $ 126.07 | $ 5.18 | $ 257.32 |
| REESE, JABARI | $ 124.12 | $ 124.12 | $ 5.10 | $ 253.34 |
| RINCON, JOSE | $ 123.28 | $ 123.28 | $ 5.07 | $ 251.63 |
| GARCIA, SAMUEL | $ 115.53 | $ 115.53 | $ 4.75 | $ 235.81 |
| MEJIA, JONATHAN | $ 113.85 | $ 113.85 | $ 4.68 | $ 232.38 |
| RUIZ, MARGARITO | $ 113.45 | $ 113.45 | $ 4.66 | $ 231.56 |
| OCHOA, RIGOBERTO | $ 103.35 | $ 103.35 | $ 4.25 | $ 210.95 |
| GONZALES, GABRIEL | $ 100.06 | $ 100.06 | $ 4.11 | $ 204.23 |
| MOJICA, JULIA | $ 98.14 | $ 98.14 | $ 4.03 | $ 200.31 |
| HACKERSON, THOMAS | $ 92.94 | $ 92.94 | $ 3.82 | $ 189.70 |
| GRIGGS, SCOTT | $ 91.98 | $ 91.98 | $ 3.78 | $ 187.74 |
| PEREZ, CESAR | $ 84.63 | $ 84.63 | $ 3.48 | $ 172.74 |
| GORDON, MICHAEL | $ 82.93 | $ 82.93 | $ 3.41 | $ 169.27 |
| GOLDSBARY, RAEANNA | $ 81.87 | $ 81.87 | $ 3.36 | $ 167.10 |
| SOLTERO, ROMEL | $ 81.68 | $ 81.68 | $ 3.36 | $ 166.72 |
| RIVERA VEGA, JESUS | $ 78.58 | $ 78.58 | $ 3.23 | $ 160.39 |
| OCHOA SUAREZ, GABRIELA | $ 77.63 | $ 77.63 | $ 3.19 | $ 158.45 |
| WATSON, LARRY | $ 76.88 | $ 76.88 | $ 3.16 | $ 156.92 |
| GARCIA, ERIC | $ 70.19 | $ 70.19 | $ 2.88 | $ 143.26 |
| CARILLO, EFRAN | $ 68.88 | $ 68.88 | $ 2.83 | $ 140.59 |
| NIETO, MANUEL | $ 68.88 | $ 68.88 | $ 2.83 | $ 140.59 |
| RIDDLE, DERRICK | $ 68.88 | $ 68.88 | $ 2.83 | $ 140.59 |
| VICENTE, JUAN | $ 66.38 | $ 66.38 | $ 2.73 | $ 135.49 |
| DIAZ, SIDIA | $ 66.17 | $ 66.17 | $ 2.72 | $ 135.06 |
| LYSENKO, IVAN | $ 64.60 | $ 64.60 | $ 2.65 | $ 131.85 |
| MARCELINO, NUNEZ | $ 64.43 | $ 64.43 | $ 2.65 | $ 131.51 |
| PAREDES, MARK | $ 64.03 | $ 64.03 | $ 2.63 | $ 130.69 |

Exhibit A to Consent Judgment - 3 of 5

| Employees | BWs Due | | Liquidated Damages | | Interest | | Gross Amount Due | |
|---|---|---|---|---|---|---|---|---|
| MADRIGAL, MELISSA | $ | 63.53 | $ | 63.53 | $ | 2.61 | $ | 129.67 |
| MOTA, JOHN | $ | 62.00 | $ | 62.00 | $ | 2.55 | $ | 126.55 |
| NOLAN, KRISTOPHER | $ | 59.35 | $ | 59.35 | $ | 2.44 | $ | 121.14 |
| ESTEVEZ, RODOLFO | $ | 59.22 | $ | 59.22 | $ | 2.43 | $ | 120.87 |
| PASCAL, DERRELL | $ | 56.05 | $ | 56.05 | $ | 2.30 | $ | 114.40 |
| RODRIGUES, LACEY | $ | 55.06 | $ | 55.06 | $ | 2.26 | $ | 112.38 |
| JAAKOLA, JERAMEY | $ | 51.98 | $ | 51.98 | $ | 2.14 | $ | 106.10 |
| DOMINGUEZ, ALEX | $ | 50.55 | $ | 50.55 | $ | 2.08 | $ | 103.18 |
| LANG, CHRISTY | $ | 46.61 | $ | 46.61 | $ | 1.92 | $ | 95.14 |
| DEMPSEY, BRETT | $ | 45.26 | $ | 45.26 | $ | 1.86 | $ | 92.38 |
| DOWDY, DEMETREUS | $ | 45.10 | $ | 45.10 | $ | 1.85 | $ | 92.05 |
| BRANCH, JEFFREY | $ | 44.21 | $ | 44.21 | $ | 1.82 | $ | 90.24 |
| MILLA, EVER | $ | 44.12 | $ | 44.12 | $ | 1.81 | $ | 90.05 |
| REYES, JACOBO | $ | 41.22 | $ | 41.22 | $ | 1.69 | $ | 84.13 |
| CHILCOTT, ANTHONY | $ | 40.17 | $ | 40.17 | $ | 1.65 | $ | 81.99 |
| MELENDEZ, RODRIGO | $ | 38.83 | $ | 38.83 | $ | 1.60 | $ | 79.26 |
| RAMOS, JORGE | $ | 37.40 | $ | 37.40 | $ | 1.54 | $ | 76.34 |
| VARGAS, TAMI | $ | 36.48 | $ | 36.48 | $ | 1.50 | $ | 74.46 |
| SHORTRIDGE, DWIGHT | $ | 36.15 | $ | 36.15 | $ | 1.49 | $ | 73.79 |
| HARRIS, JOSHUA | $ | 34.98 | $ | 34.98 | $ | 1.44 | $ | 71.40 |
| IZQUIERDO, MAYOLO | $ | 34.91 | $ | 34.91 | $ | 1.43 | $ | 71.25 |
| GLIGOREA, AMANDA | $ | 34.09 | $ | 34.09 | $ | 1.40 | $ | 69.58 |
| JESUS, MORALES | $ | 31.00 | $ | 31.00 | $ | 1.27 | $ | 63.27 |
| THOMPSON, JAYNEE | $ | 29.29 | $ | 29.29 | $ | 1.20 | $ | 59.78 |
| SHELTON, GARY | $ | 27.61 | $ | 27.61 | $ | 1.13 | $ | 56.35 |
| BOBADILLA, KRISTINA | $ | 26.63 | $ | 26.63 | $ | 1.09 | $ | 54.35 |
| FERRUFINO, JOSE | $ | 26.16 | $ | 26.16 | $ | 1.08 | $ | 53.40 |
| BONILLA, AGUSTIN | $ | 26.09 | $ | 26.09 | $ | 1.07 | $ | 53.25 |
| FLORES, MARIO | $ | 25.69 | $ | 25.69 | $ | 1.06 | $ | 52.44 |
| BARRETT, KATELYN | $ | 23.19 | $ | 23.19 | $ | 0.95 | $ | 47.33 |
| BUSTILLO, JOSE | $ | 22.96 | $ | 22.96 | $ | 0.94 | $ | 46.86 |
| GILES, DAREN | $ | 22.96 | $ | 22.96 | $ | 0.94 | $ | 46.86 |
| HURTADO, RUBEN | $ | 22.96 | $ | 22.96 | $ | 0.94 | $ | 46.86 |
| MARQUEZ, MARIA | $ | 22.96 | $ | 22.96 | $ | 0.94 | $ | 46.86 |
| ORDONEZ, JORGE A | $ | 22.96 | $ | 22.96 | $ | 0.94 | $ | 46.86 |
| LOPEZ, FREDY | $ | 22.86 | $ | 22.86 | $ | 0.94 | $ | 46.66 |
| HOLCOMBE, JORDAN | $ | 22.12 | $ | 22.12 | $ | 0.91 | $ | 45.15 |
| TIETJEN, LEXE | $ | 21.41 | $ | 21.41 | $ | 0.88 | $ | 43.70 |
| ROJERO, RODRIGO | $ | 20.30 | $ | 20.30 | $ | 0.83 | $ | 41.43 |
| GARCIA, HUMBERTO | $ | 19.17 | $ | 19.17 | $ | 0.79 | $ | 39.13 |

Exhibit A to Consent Judgment - 4 of 5

| Employees | BWs Due | | Liquidated Damages | | Interest | | Gross Amount Due | |
|---|---|---|---|---|---|---|---|---|
| MAKAREVICH, ELVIRA | $ | 19.14 | $ | 19.14 | $ | 0.79 | $ | 39.07 |
| MIHELICH, CHRISTINA | $ | 19.01 | $ | 19.01 | $ | 0.78 | $ | 38.80 |
| VICENTE OSEIEL, MELVIN | $ | 18.10 | $ | 18.10 | $ | 0.74 | $ | 36.94 |
| RUIZ, KAREN | $ | 17.91 | $ | 17.91 | $ | 0.74 | $ | 36.56 |
| HEDIN, ANTHONY | $ | 17.57 | $ | 17.57 | $ | 0.72 | $ | 35.86 |
| QUINTANA, PAOLA | $ | 17.41 | $ | 17.41 | $ | 0.72 | $ | 35.54 |
| ELLIS, CHICO | $ | 16.96 | $ | 16.96 | $ | 0.70 | $ | 34.62 |
| GARRETT, BO | $ | 16.89 | $ | 16.89 | $ | 0.69 | $ | 34.47 |
| GARCIA, JOSE | $ | 16.52 | $ | 16.52 | $ | 0.68 | $ | 33.72 |
| CORTEZ, JULIAN | $ | 16.40 | $ | 16.40 | $ | 0.67 | $ | 33.47 |
| NUNEZ, MARCELINO | $ | 15.15 | $ | 15.15 | $ | 0.62 | $ | 30.92 |
| GONZALEZ, PARRISH | $ | 14.99 | $ | 14.99 | $ | 0.62 | $ | 30.60 |
| FRANCO CESAR, JULIO | $ | 13.68 | $ | 13.68 | $ | 0.56 | $ | 27.92 |
| GARCIA, JULIO | $ | 13.51 | $ | 13.51 | $ | 0.56 | $ | 27.58 |
| CRIM, WILLIAM | $ | 13.21 | $ | 13.21 | $ | 0.54 | $ | 26.96 |
| WILLIAMSON, MICHAEL | $ | 12.71 | $ | 12.71 | $ | 0.52 | $ | 25.94 |
| KEELEY, CHRISTINA | $ | 12.48 | $ | 12.48 | $ | 0.51 | $ | 25.47 |
| SILVA, EFRAIN | $ | 11.42 | $ | 11.42 | $ | 0.47 | $ | 23.31 |
| BELTRAN, BIANCA | $ | 11.02 | $ | 11.02 | $ | 0.45 | $ | 22.49 |
| CAUDILL, GAVIN | $ | 10.85 | $ | 10.85 | $ | 0.45 | $ | 22.15 |
| DOLERES, JOSE | $ | 10.46 | $ | 10.46 | $ | 0.43 | $ | 21.35 |
| NASH, MARCHE | $ | 10.21 | $ | 10.21 | $ | 0.42 | $ | 20.84 |
| BERNAL, MARIA | $ | 10.20 | $ | 10.20 | $ | 0.42 | $ | 20.82 |
| WEEKS, JUSTIN | $ | 8.95 | $ | 8.95 | $ | 0.37 | $ | 18.27 |
| STOECKER, DAVID | $ | 8.87 | $ | 8.87 | $ | 0.36 | $ | 18.10 |
| NAVA, ROBERTO | $ | 8.44 | $ | 8.44 | $ | 0.35 | $ | 17.23 |
| IBARRA, LUIS | $ | 8.31 | $ | 8.31 | $ | 0.34 | $ | 16.96 |
| MACK, OTIS | $ | 7.59 | $ | 7.59 | $ | 0.31 | $ | 15.49 |
| FIGUEROA, PEDRO | $ | 5.59 | $ | 5.59 | $ | 0.23 | $ | 11.41 |
| | | | | | | | | |
| Total | $ | 93,000.00 | $ | 93,000.00 | $ | 3,821.96 | $ | 189,821.96 |

## EXHIBIT B
### To Consent Judgment

| Check Due | Time Period Covered | Amount |
|---|---|---|
| March 30, 2017 | January – March 2017 | $4,500.00 |
| June 30, 2017 | April – June 2017 | $4,500.00 |
| September 30, 2017 | July – September 2017 | $4,500.00 |
| December 31, 2017 | October 2017 – December 2017 | $4,500.00 |
| March 30, 2018 | January – March 2018 | $4,500.00 |
| June 30, 2018 | April – June 2018 | $4,500.00 |
| September 30, 2018 | July – September 2018 | $4,500.00 |
| December 31, 2018 | October – December 2018 | $4,500.00 |
| March 30, 2019 | January – March 2018 | $18,750.00 |
| June 30, 2019 | April – June 2019 | $18,750.00 |
| September 30, 2019 | July – September 2019 | $18,750.00 |
| December 31, 2019 | October – December 2019 | $18,750.00 |
| March 30, 2020 | January – March 2020 | $18,750.00 |
| June 30, 2020 | April – June 2020 | $18,750.00 |
| September 30, 2020 | July – September 2020 | $18,750.00 |
| December 31, 2020 | October – December 2020 | $22,571.96 |

## EXHIBIT C
**To Consent Judgment**

### *EMPLOYEE RIGHTS STATEMENT AND INSPECTION NOTICE*

*Your Employer must pay you for all hours worked, which includes all time that you are required to be on premises controlled by your Employer and are not free from your duties, including time spent waiting to work.*

*You have the right to have all hours worked counted on one time record.*

*You have the right to be paid at least the federal minimum wage (currently $7.25 per hour) for all hours worked.*

*You have the right to be paid for overtime, which means that you have the right to be paid at one and one-half times your regular rate (at least $10.87 if your wage rate is the current federal minimum wage) for all hours you work more than 40 hours in one workweek.*

*You have the right to inspect your time records at any time without prior request.*

*You have the right to speak with the U.S. Department of Labor if you think your Employer has not paid you for all hours worked or paid overtime.*

*The U.S. Department of Labor has the right to inspect your Employer at any time, and you have the right to talk to any representative of the U. S Department of Labor privately and not in the presence of your employer.*

*You can call the U.S. Department of Labor to make a confidential complaint at 1-866-4US-WAGE at any time you wish.*

*YOUR EMPLOYER IS SUBJECT TO PENALTIES IF YOU ARE TREATED UNFAIRLY BECAUSE YOU TELL THE U.S. DEPARTMENT OF LABOR YOU THINK YOUR EMPLOYER HAS NOT FULFILLED THE REQUIREMENTS OF THIS NOTICE.*